UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2019
```

UNITED STATES OF AMERICA,

                      Plaintiff,

       -v-

THE DURST ORGANIZATION, INC., et al.,

                     Defendants.

No.  14 -CV-2698 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than April 18, 2019, the parties shall jointly update the Court as to the status of this case.

SO ORDERED.

Dated:    April 4, 2019
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge